**Order entered February 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01534-CR

### CRISTOFER KAMERONTRELL COLEMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-59332-T

# ORDER

The reporter's record was due December 16, 2019. When it was not filed, we notified court reporter Vearneas Faggett by postcard dated December 18, 2019 that it was past due. We directed Ms. Faggett to file, by January 17, 2020, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. On December 27, 2019, the clerk's record was filed, containing appellant's December 11, 2019 written request for the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** court reporter Vearneas Faggett to file the complete reporter's record by **February 28, 2020**. We caution Ms. Faggett that the failure to file the record by that date may

result in the Court taking whatever action it deems appropriate to ensure this appeal proceeds in a timely fashion, which may include ordering Ms. Faggett not to sit until the record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Vearneas Faggett, official court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/     CORY L. CARLYLE
JUSTICE